EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | |
|---|---|
| Comisión Revisora de Currículo del Programa de Educación Jurídica Continua y nombramientos a la Junta de Educación Jurídica Continua | 2017 TSPR 92<br><br>198 DPR ____ |

Número del Caso: ER-2017-5

Fecha: 2 de junio de 2017

Materia: Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Comisión Revisora de Currículo                    ER-2017-5
del Programa de Educación
Jurídica Continua y nombramientos
a la Junta de Educación Jurídica
Continua


RESOLUCIÓN


En San Juan, Puerto Rico, a 2 de junio de 2017.

Hoy, al amparo de nuestro poder inherente para reglamentar la profesión legal, adoptamos mediante Resolución un nuevo *Reglamento del Programa de Educación Jurídica Continua* y derogamos el Reglamento de Educación Jurídica Continua de 1998, así como el Reglamento del Programa de Educación Jurídica Continua de 2005 (Reglamento de 2005). Véase In re Aprobación del Reglamento del Programa de Educación Jurídica Continua, ER-2017-4 de 2 de junio de 2017. En lo pertinente, según las disposiciones recién aprobadas, las funciones de revisión ejercidas por la Comisión Revisora de Currículo (Comisión) al amparo de la Regla 26 del Reglamento de 2005 se sustituyen por un proceso único de revisión ante el Director Ejecutivo del Programa de Educación Jurídica Continua y la Junta de Educación Jurídica Continua (Junta).

No obstante, reconocemos la labor excepcional realizada por los y las profesionales del Derecho que formaban parte de la Comisión y estamos convencidos de que éstos pueden continuar aportando activamente al Programa de Educación Jurídica Continua. Por lo tanto, debido a que existen vacantes en la Junta y conforme lo dispuesto en la Regla 6 del nuevo Reglamento, se nombra a la Lcda. Evelyn Benvenutti Toro y al Lcdo. Israel Santiago Lugo como miembros de

la Junta. Estos profesionales del Derecho continuarán rindiendo sus servicios ad honorem y desempeñaran sus cargos por el restante de los términos por los cuales fueron originalmente nombrados a la Comisión.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo